IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEFFERY HUNT and
ALICE ULIBARRI,

       Plaintiffs,

v.                      No. CIV-11-01144 KJG/RHS
                            (Consolidated with No. CIV-12-01018)

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, NANCY FRAZINNI,
MATTHEW TSO, SCOTT NICOLAY and PHIL KASPAR, individually,

       Defendants.
AND;

SHARON JENSEN,

       Plaintiff,

v.

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, MATTHEW TSO, and
SCOTT NICOLAY, individually,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

THIS MATTER having come before the Court on K. Lee Peifer of German & Associates,

LLC's Unopposed Motion to Withdraw as Counsel as to all Defendants. [Doc. 130] and the

Court being fully advised of the premises finds:

1.      Attorney K. Lee Peifer was inadvertently left off of previous Motions to

Withdraw filed by Elizabeth L. German, Ethan D. Watson and Mary Keleher Castle. [Docs. 100

& 115]

2.      Substitute counsel has been entered on behalf of all Defendants;

IT IS ORDERED that

1.      The Unopposed Motion to Withdraw as Counsel [Doc. 130] is granted.

2.      K. Lee Peifer and German & Associates, LLC are withdrawn as counsel for all

Defendants.

**UNITED STATES DISTRICT JUDGE**

Submitted by:

/s/ *K. Lee Peifer*
*K. Lee Peifer*
*GERMAN & ASSOCIATES, LLC*
12836 Lomas Blvd NE, Suite G
Albuquerque, NM 87112
(505) 292-9676
*Attorneys for Defendants Central Consolidated*
*School District, Don Levinski, Nancy Frazzini,*
*Matthew Tso, Scott Nicolay and Phil Kasper*

Approved by:

*Electronically Approved 1/10/14*
George Geran
*LAW OFFICE OF GEORGE GERAN*
625 Franklin Avenue
Santa Fe, NM 87505
(505) 983-1083
*Attorney for Plaintiffs*

*Electronically Approved 1/10/14*
Desiree Gurule
Kevin M. Brown
*BROWN AND GURULE*
2901 Juan Tabo NE
Suite 208
Albuquerque, NM 87112
(505) 292-9677
*Attorneys for Defendant Hoskie Benally*

*Electronically Approved 1/10/14*

John F. Kennedy
Karen Kilgore
*CUDDY & MCCARTHY, LLP*
Post Office Box 4160
Santa Fe, NM 87502-4160
(505) 988-4476
*Attorneys for Defendants Ed Marquez and Nancy Frazzini*


*Electronically Approved 1/10/14*
Terrance P. Yenson
April D. White
*YENSON, ALLEN & WOSICK, P.C.*
4908 Alameda Blvd. NE
Albuquerque, NM  87113-1736
(505) 266-3995
*Attorneys for Defendant Phil Kaspar*


*Electronically Approved 1/10/14*
Ann L. Keith
*STIFF, KEITH & GARCIA, LLC*
400 Gold Ave. SW, #1300W
Albuquerque, NM  87102-3274
(505) 243-5755
*Attorney for Defendants Central Consolidated
School District and Don Levinski*


*Electronically Approved* 1/10/14
Henry Narvaez
Meghan S. Nicholson
*NARVAEZ LAW FIRM, PA*
P.O. Box 25967
Albuquerque, NM  87125-0967
*Attorneys for Defendant Matthew Tso*


*Electronically Approved 1/13/14*
Jerry A. Walz
WALZ AND ASSOCIATES, P.C.
133 Eubank Blvd. NE
Albuquerque, NM  87123
*Attorney for Defendant Scott Nicolay*

3