IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFERY HUNT and
ALICE ULIBARRI,

    Plaintiffs,

v.                                      No.:   CIV 11 CV 01144 KG/SCY
                                      (consolidated with No. Civ.12-1018KBM/LFG)

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, NANCY FRAZINNI,
MATTHEW TSO, SCOTT NICOLAY and PHIL KASPAR,

    Defendants.

And

SHARON JENSEN
    Plaintiff,

v.

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, MATTHEW TSO,
and SCOTT NICOLAY, individually,

    Defendants

**STIPULATED ORDER GRANTING PAGE EXTENSION
TO DEFENDANT SCOTT NICOLAY FOR HIS REPLY BRIEF**

    COMES NOW Scott Nicolay, by and through his attorneys, Jerry A. Walz, Walz and

Associates, P.C.; Plaintiffs counsel by and through their counsel George Geran, and Defendants

Phil Kasper, by and through counsel April White, Matthew Tso, by and through counsel Henry

Narvaez and Carlos Sedillo, Hoskie Benally, by and through counsel Kevin Brown, Desiree

Gurule, and Keya Koul, Ed Marquez and Nancy Frazinni, by and through counsel Karen Kilgore,

1

Don Levinski and Central Consolidated School District, by and through counsel Ann Keith, hereby stipulate as follows:

1. There are multiple Plaintiffs and Defendants to this action;

2. Multiple briefs have been filed by Plaintiffs responding to Defendants' motions for summary judgment;

3. In Plaintiffs' response in particular he contests various undisputed material facts, and brings in facts that he believes favorable to Plaintiffs;

4. In order to adequately address these facts, Defendant Nicolay needs up to 22 pages for his Reply Brief in Support of his motion for Summary Judgment Based and Supporting Memorandum [Doc. 195].

5. There is no opposition to this request.

The Court having reviewed the above stipulations find them to be well taken. IT IS HEREBY ORDERED that Defendant Scott Nicolay shall have up to 22 pages for his Reply Brief in Support of His Motion For Summary Judgment and Supporting Memorandum.

_____
UNITED STATES DISTRICT JUDGE

**APPROVALS:**

Electronically approved 10/29/14
Attorney for Consolidated Plaintiffs
George Geran, Esq.
Law Office of George Geran
625 Franklin Avenue
Santa Fe, NM 87505
(505) 983-1085


Electronically approved 10/29/14
April D. White, Esq.
Attorneys for Defendant Phil Kasper
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
awhite@ylawfirm.com


Electronically approved 10/29/14
Henry F. Narvaez, Esq.
Carlos E. Sedillo, Esq.
Narvaez Law Firm, PA
P.O. Box 25967
Albuquerque, NM 87125-0967
505-248-0500
505-247-1344
Attorneys for Defendant Tso


Electronically approved 10/29/14
Kevin M. Brown, Esq.
Desiree D. Gurule, Esq.
Keya Koul, Esq.
Brown Law Firm
2901 Juan Tabo Blvd. NE #208
Albuquerque, NM  87112-1885
505-292-9677
505-292-9680
Kevin@brownlawnm.com
desiree@brownlawnm.com
keya@brownlawnm.com
Attorney for Defendant Bernally

Electronically approved 10/29/14
John F. Kennedy, Esq.
Karen Kilgore, Esq.
Cuddy & McCarthy, LLP
P.O. Box 4160
Santa Fe, NM  87502-4160
505-988-4476
505-954-7373
jkennedy@cuddymccarthy.com
Attorney for Defendants Marquez and Frazinni


Electronically approved 10/29/14
Ann L. Keith, Esq.
Stiff, Keith & Garcia, LLC
400 Gold Avenue, SW Suite 1300W
Albuquerque, NM  87102-3274
505-243-5755
505-243-5855
akeith@stifflaw.com
Attorney for Defendants CCSD and Levinski


Electronically submitted
Jerry A. Walz, Esq.
Walz and Associates, P.C.
133 Eubank Blvd NE
Albuquerque, NM  87123
505-275-1800
505-275-1802
jerryawalz@walzandassociates.com
Attorney for Defendant Nicolay