IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFERY HUNT and
ALICE ULIBARRI,

       Plaintiffs,

v().                                  No. CIV 1:11-cv-01144 KG/SCY
                                         (consolidated with No. CIV 12-1018 KBM/LFG)

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, NANCY FRAZINNI,
MATTHEW TSO, SCOTT NICOLAY and PHIL KASPAR, individually,

       Defendants.

AND

SHARON JENSEN,

       Plaintiff,

v.

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, MATTHEW TSO, and
SCOTT NICOLAY, individually,

       Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

THIS MATTER having come before the Court on Defendant's *Unopposed Motion to Exceed Page Limits*, the Court having reviewed the pleadings and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED.

IT IS THEREFORE ORDERED that Defendant is permitted to exceed the page limits for his reply brief by five (5) pages for a total of seventeen (17) pages.

IT IS SO ORDERED.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE

Submitted By:

*BROWN LAW FIRM*
*BROWN & GURULÉ*

*/s/ Electronically, 11/11/2014*
DESIREE D. GURULÉ
Attorney for Defendant Benally
3777 The American Road NW
Suite 100
Albuquerque, NM 87114
Phone: (505) 292-9677
Fax: (505) 292-9680
desiree@brownlawnm.com

Approved by:

**STIFF, KEITH & GARCIA, LLC**

*/s/ Electronically, 11/10/2014*
ANN L. KEITH
KEITH D. DRENNAN
*Attorney for CCSD and Don Levinski*
400 Gold Ave. SW, #1300W
Albuquerque, NM 87102-3274
(505) 243-5755
akeith@stifflaw.com

**CUDDY & MCCARTHY, LLP**

*/s/ Electronically, 11/10/2014*
JOHN F. KENNEDY
M. KAREN KILGORE
*Attorney for Marquez and Frazinni*
Post Office Box 4160
Santa Fe, NM 87502-4160
(505) 988-4476
jkennedy@cuddymccarthy.com
kkilgore@cuddymccarthy.com

**YENSON, ALLEN & WOSICK, P.C.**

*/s/ Electronically, 11/11/2014*
TERRANCE P. YENSEN
APRIL D. WHITE
*Attorneys for Phil Kaspar*
4908 Alameda Blvd. NE
Albuquerque, NM 87113-1736
(505) 266-3995
awhite@ylawfirm.com
tyenson@ylawfirm.com

**NARVAEZ LAW FIRM, P.A.**

*/s/ Electronically, 11/11/2014*
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for Matthew Tso*
P.O. Box 259687
Albuquerque, NM 87125-0967
(505) 248-0500
hnarvaez@narvaezlawfirm.com

**WALZ AND ASSOCIATES**

*/s/ Electronically, 11/11/2014*
JERRY A. WALZ
*Attorney for Scott Nicolay*
133 Eubank Blvd. NE
Albuquerque, NM 87123
(505) 275-1800
jerryawalz@walzandassociates.com

**LAW OFFICE OF GEORGE GERAN**

*/s/ Electronically, 11/11/2014*
George T. Geran
625 Franklin Ave.
Santa Fe, NM 87505-1019
(505) 983–1085
geranlaw@aol.com