IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFERY HUNT and
ALICE ULIBARRI,

    Plaintiffs,

v.                        No.:  CIV-11-CV-01144-KJG/SCY
                        (consolidated with No. Civ.12-1018-KBM/LFG)

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, NANCY FRAZINNI,
MATTHEW TSO, SCOTT NICOLAY and PHIL KASPAR,

    Defendants.

And

SHARON JENSEN,

    Plaintiff,

v.

CENTRAL CONSOLIDATED SCHOOL DISTRICT,
a municipal government agency, and HOSKIE BENALLY, ED
MARQUEZ, DON LEVINSKI, MATTHEW TSO,
and SCOTT NICOLAY, individually,

    Defendants.

## STIPULATED ORDER GRANTING MOTION TO EXCEED REPLY BRIEF PAGE LIMITATION

    THIS MATTER having come before the Court on Defendants' Motion to Exceed Reply Brief Page Limitation, the Court having reviewed the pleadings and being otherwise fully advised in the premises:

    FINDS that the Motion is well taken, unopposed, and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion to Exceed Reply Brief Page Limitation is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants Central Consolidated School District and Don Levinski are allowed up to twenty (20) pages for their reply brief.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

STIFF, KEITH & GARCIA, LLC


/s/ Ann L. Keith
Ann L. Keith, Esq.
Keith D. Drennan, Esq.
400 Gold Avenue, SW, Suite 1300W
Albuquerque, NM 87102
(505) 243-5755
E-mail: akeith@stifflaw.com
          kdrennan@stifflaw.com
*Attorneys for Defendants CCSD and Levinski*


Approved by:

THE LAW OFFICE OF GEORGE GERAN


Electronic Approval 11-13-2014
George T. Geran, Esq.
625 Franklin Avenue
Santa Fe, NM 87505
(505) 983-1085
E-mail:  geranlaw@aol.com

*Attorney for Plaintiffs*

CUDDY & MCCARTHY, LLP


Electronic Approval 11-13-2014
John F. Kennedy, Esq.
Karen Kilgore, Esq.
P.O. Box 4160
Santa Fe, NM 87502
(505) 988-4476
E-mail:  jkennedy@cuddymccarthy.com
            kkilgore@cuddymccarthy.com
*Attorneys for Defendants Marquez and Frazinni*

BROWN LAW FIRM


Electronic Approval 11-14-2014
Kevin Brown, Esq.
Desiree D. Gurule, Esq.
Keya Koul, Esq.
3777 The American Road, NW, Suite 100
Albuquerque, NM 87114
(505) 292-9677
E-mail:  kevin@brownlawnm.com
            desiree@brownlawnm.com
*Attorneys for Defendant Benally*

WALZ AND ASSOCIATES


Electronic Approval 11-13-2014
Jerry A. Walz, Esq.
133 Eubank Boulevard, NE
Albuquerque, NM 87123
(505) 275-1800
E-mail:  jerryawalz@walzandassociates.com
*Attorneys for Defendant Nicolay*

NARVAEZ LAW FIRM, PA


Electronic Approval 11-13-2014
Henry F. Narvaez, Esq.
Carlos E. Sedillo, Esq.
P.O. Box 259687
Albuquerque, NM 87125
(505) 248-0500
E-mail:  hnarvaez@navaezlawfirm.com
*Attorneys for Defendant Tso*

Yenson, Allen & Wosick, PC


Electronic Approval 11-13-2014
April D. White, Esq.
Terrance P. Yenson, Esq.
4908 Alameda Boulevard, NE
Albuquerque, NM 87113
(505) 266-3995
E-mail:  awhite@ylawfirm.com
*Attorneys for Defendant Kasper*